IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHEPARD WATSON | § | |
| VS. | § | CIVIL ACTION NO.   1:05cv602 |
| G. MITCH WOOD, ET AL. | § | |

## FINAL JUDGMENT

    This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

    **ORDERED** and **ADJUDGED** that this lawsuit is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).  All motions not previously ruled on are hereby **DENIED**.

    **SIGNED** this the 9  day of **November, 2005.**


Thad Heartfield
United States District Judge